IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LUCI LEYKUM, M.D.,<br>    *Plaintiff,* | § § § | |
| v. | § § | Civil Action No.: 5:20-CV-00478 |
| UNIVERSITY OF TEXAS HEALTH<br>SCIENCE CENTER AT SAN ANTONIO,<br>    *Defendant.* | § § § | |

## DEFENDANT UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO'S APPEARANCE OF CO-COUNSEL

TO THE HONORABLE CHIEF JUDGE ORLANDO L. GARCIA:

COMES NOW, Defendant University of Texas Health Science Center at San Antonio ("UTHSCSA") and files this Notice of Appearance of Co-Counsel. In support thereof, Defendant would show the Court as follows:

Defendant notifies the Court that Emily Ardolino, Deputy Division Chief, will appear as co-counsel along with Amy S. Hilton in this case. Ms. Ardolino is admitted to practice in the U.S. District Court for the Western District of Texas, and is a member in good standing with the State Bar of Texas. Ms. Hilton will remain as lead counsel and attorney in charge.

    Respectfully submitted,

    KEN PAXTON
    Texas Attorney General

    BRENT WEBSTER
    First Assistant Attorney General

    GRANT DORFMAN
    Deputy First Assistant Attorney General

    SHAWN COLES
    Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division


/s/ Amy S. Hilton
**AMY S. HILTON**
Assistant Attorney General
General Litigation Division
State Bar No. 24097834
**EMILY ARDOLINO**
Deputy Division Chief
General Litigation Division
State Bar No. 24087112
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1327
Facsimile: (512) 320-0667
amy.hilton@oag.texas.gov
emily.ardolino@oag.texas.gov

**Attorneys for Defendant**

## CERTIFICATE OF FILING AND SERVICE

I certify that on January 27, 2021 the foregoing document was filed via the Court's CM/ECF system, causing electronic service upon all counsel of record

*/s/ Amy S. Hilton*
AMY S. HILTON
Assistant Attorney General
