IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. LUCI LEYKUM, | § | |
| *Plaintiff,* | § § § | |
| vs. | § § | SA-20-CV-00478-OLG |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO, | § § § § | |
| *Defendant.* | § | |

## ADVISORY OF OUTCOME OF MEDIATION

On February 14, 2022, this matter was referred to the undersigned to conduct a non-binding settlement conference/mediation with the parties [#76]. On April 25, 2022, the undersigned held a mediation at which the parties and their counsel appeared and participated. The undersigned advises that the case **DID NOT SETTLE** in mediation.

SIGNED this 26th day of April, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1